

afranquezinf

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 23 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00081 |
| Plaintiff, | **INFORMATION** |
| vs. | THEFT OF GOVERNMENT PROPERTY |
| ANTONITA Q. FRANQUEZ, | [18 U.S.C. § 641] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about June 29, 2007, in the District of Guam, the defendant, ANTONITA Q. FRANQUEZ, willfully and knowingly, did steal and purloin United States property from Andersen Air Force Base, Guam, of value of less than $1,000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 23 day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney