# Criminal Case Cover Sheet        U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**07-00081**

**Defendant Information:**

Juvenile: Yes ___ No _X_     Matter to be sealed: ___ Yes _x_ No

Defendant Name _____ANTONITA Q. FRANQUEZ_____

Alias Name _____

Address _____

_____Guam_____

Birthdate _Xx/xx/19_ SS# _xxx-xx-_ Sex _F_ Race _PI_ Nationality _Chamorro_

**RECEIVED AUG 23 2007**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S. Attorney Information:**

SAUSA _Kristin D. St. Peter_

Interpreter: _X_ No ___ Yes     List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__     ___ Petty _X_ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _____     Signature of AUSA: _____