LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334
Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00081 |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**Re: United States' Request**<br>**For Issuance of Summons** |
| ANTONITA Q. FRANQUEZ, | ) | |
| Defendant. | ) | |

    Upon the filing of an Information and the request of the government,

    IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Friday, August 31, 2007, at 9:00 a.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Aug 24, 2007**