antonitafranquezmot



FILED
DISTRICT COURT OF GUAM
AUG 28 2007
JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00081 |
|---|---|
| Plaintiff. | ) |
| vs. | ) **MOTION TO VACATE SUMMONS** |
| ANTONITA Q. FRANQUEZ, | ) |
| Defendant. | ) |

The United States respectfully moves this Court to vacate the summons in the above-captioned matter, with appearance date currently set for August 31, 2007. The United States makes this motion for the reason that the government has just learned through the U.S. Marshal's Service that the defendant is currently off-island receiving medical treatment. Once the defendant returns to Guam the government will motion this Court to reissue a summons.

Dated this 28th day of August 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney