LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00081 |
| Plaintiff. | ) **ORDER** |
| vs. | ) **Re: Motion To Vacate Summons** |
| ANTONITA Q. FRANQUEZ, | ) |
| Defendant. | ) |

Upon the filing of a Motion to Vacate Summons by the government,

IT IS SO ORDERED that the summons issued on August 24, 2007 is hereby recalled. The United States shall re-petition the Court for the issuance of a summons once it is aware that the Defendant has returned to Guam.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 29, 2007