dismissinfofranquez

LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANTONITA Q. FRANQUEZ,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 07-00081<br><br>**MOTION TO DISMISS INFORMATION** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above case against defendant, ANTONITA Q.FRANQUEZ, be dismissed without prejudice, in the interest of justice.

Respectfully submitted this 5th day of December 2007.

　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　By: _____
　　　　　　　　　　　　BENJAMIN A. BELILES
　　　　　　　　　　　　Special Assistant U.S. Attorney