LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00081 |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | **United States Motion to** |
| ) | **Dismiss Information** |
| ANTONITA Q. FRANQUEZ, ) | |
| ) | |
| Defendant. ) | |

Upon motion by the United States of America and for good cause shown,

IT IS SO ORDERED that Criminal Case No. 07-00081 be dismissed without prejudice.

So Ordered.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Dec 11, 2007**